| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

Oprex Surgery (Baytown) L.P., §
§
      Plaintiff, §
§
versus §      Civil Action H-14-2330
§
Sonic Automotive Employee §
Welfare Benefit Plan, §
§
      Defendant. §

## Order Denying Dismissal

The remainder of Sonic Automotive Employee Welfare Benefit Plan's motion to dismiss is denied. (7, 26)

Signed on August 10, 2015, at Houston, Texas.

Lynn N. Hughes
United States District Judge